UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT, | No. 2:15-cv-2070 CKD P |
| Plaintiff, | |
| v. | ORDER |
| R. WEEKS, et al., | |
| Defendants. | |

By an order filed October 6, 2015, plaintiff was ordered to file a completed in forma pauperis application, including a certified copy of his prison trust account statement, within thirty days. The thirty day period has now expired, and plaintiff has filed a second, incomplete application to proceed in forma pauperis. Plaintiff will be granted one final opportunity to file a certified copy of his trust account statement.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's

////

////

////

////

1

failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  November 17, 2015

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / burn2070.3c

2